| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Rosemary Marshall<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1005<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–21552–SLM | |

# Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rosemary Marshall
fka Rosemary Brown


9/14/18                                                           **By the court:**   <u>Stacey L. Meisel</u>
                                                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 18-21552-SLM
Rosemary Marshall                                                   Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                  Page 1 of 1          Date Rcvd: Sep 14, 2018
                               Form ID: 318                 Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.
db             +Rosemary Marshall,    83 Hurd Street,    Mine Hill, NJ 07803-3251
cr             +Hyundai Capital America,    POB 269011,    Plano, TX 75026-9011
517577407      +Amerihome Mortgage,    Box 77404,    Trenton, NJ 08628-6404
517577409      +Barclays Bank,    745 7th Avenue,    New York, NY 10019-6801
517577416       Kenneth Lutz,    51 Dillon Road,    West Caldwell, NJ 07006
517577418      +Prosper Market Place Inc,    221 Main Street,    #300,   San Francisco, CA 94105-1909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2018 00:39:41     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2018 00:39:37     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517577408      +EDI: BANKAMER2.COM Sep 15 2018 04:09:00      Bank of America, NA,   100 North Tryon Street,
                 Charlotte, NC 28202-4031
517577410      +EDI: CHASE.COM Sep 15 2018 04:09:00      Chase/Bank One Card Serv,   Box 15298,
                 Wilmington, DE 19850-5298
517577411      +EDI: CITICORP.COM Sep 15 2018 04:09:00      Citicards CBNA,   701 E. 60th Street N,
                 Sioux Falls, SD 57104-0432
517577412       EDI: DISCOVER.COM Sep 15 2018 04:09:00      Discover Financial Services, LLC,   Box 15316,
                 Wilmington, DE 19850-5316
517577413      +EDI: TSYS2.COM Sep 15 2018 04:09:00      DSNB Macy's,   Box 8218,   Mason, OH 45040-8218
517577414      +EDI: CITICORP.COM Sep 15 2018 04:09:00      Home Depot,   Box 6497,   Sioux Falls, SD 57117-6497
517577415       EDI: HY11.COM Sep 15 2018 04:08:00      Hyundai Motor Finance,   Box 20835,
                 Fountain Valley, CA 92728-0835
517577417      +E-mail/Text: bk@lendingclub.com Sep 15 2018 00:40:10     Lending Club Corp.,
                 71 Stevenson Street,   Ste 300,    San Francisco, CA 94105-2985
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2018 at the address(es) listed below:
              John Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
              Ralph A Ferro, Jr    on behalf of Debtor Rosemary  Marshall ralphferrojr@msn.com
              Rebecca Ann Solarz    on behalf of Creditor    AmeriHome Mortgage Company, LLC
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```