UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: ROSEMARY MARSHALL

Case No.: 18-21552
Chapter: 7
Judge: Stacey L. Meisel

**NOTICE OF PROPOSED ABANDONMENT**

John W. Sywilok, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on November 13, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Debtor's 1/2 interest in real property:
83 Hurd Street
Minehill, NJ 07803
1/2 of Market Value: $180,000.00

Liens on property:
Subject to 1/2 of mortgage held by AmeriHome Mortgage on which there is due approximately $126,000.00 and subject to 1/2 costs of sale of $18,000.00.

Amount of equity claimed as exempt: $23,675.00

Objections must be served on, and requests for additional information directed to:

Name: John W. Sywilok, Chapter 7 Trustee    /s/ John W. Sywilok
Address: 51 Main Street, Hackensack, NJ 07601
Telephone No.: (201) 487-9390

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-21552-SLM
Rosemary Marshall                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1           Date Rcvd: Oct 03, 2018
                          Form ID: pdf905            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
```
db             +Rosemary Marshall,    83 Hurd Street,    Mine Hill, NJ 07803-3251
cr             +Hyundai Capital America,    POB 269011,    Plano, TX 75026-9011
517577407      +Amerihome Mortgage,    Box 77404,    Trenton, NJ 08628-6404
517577408      +Bank of America, NA,    100 North Tryon Street,    Charlotte, NC 28202-4000
517577409      +Barclays Bank,    745 7th Avenue,    New York, NY 10019-6801
517577410      +Chase/Bank One Card Serv,    Box 15298,    Wilmington, DE 19850-5298
517577411      +Citicards CBNA,    701 E. 60th Street N,    Sioux Falls, SD 57104-0432
517577413      +DSNB Macy's,    Box 8218,    Mason, OH 45040-8218
517577414      +Home Depot,    Box 6497,    Sioux Falls, SD 57117-6497
517577416       Kenneth Lutz,    51 Dillon Road,    West Caldwell, NJ 07006
517577418      +Prosper Market Place Inc,    221 Main Street,    #300,    San Francisco, CA 94105-1909
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2018 00:28:36      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2018 00:28:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517577412       E-mail/Text: mrdiscen@discover.com Oct 04 2018 00:27:39      Discover Financial Services, LLC,
                 Box 15316,    Wilmington, DE 19850-5316
517577415       E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Oct 04 2018 00:29:29
                 Hyundai Motor Finance,    Box 20835,    Fountain Valley, CA 92728-0835
517577417      +E-mail/Text: bk@lendingclub.com Oct 04 2018 00:29:10      Lending Club Corp.,
                 71 Stevenson Street,    Ste 300,    San Francisco, CA 94105-2985
                                                                                              TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2018 at the address(es) listed below:
```
              John  Sywilok    sywilokattorney@sywilok.com,    nj26@ecfcbis.com
              John  Sywilok    on behalf of Trustee John  Sywilok sywilokattorney@sywilok.com,    nj26@ecfcbis.com
              Ralph A Ferro, Jr   on behalf of Debtor Rosemary  Marshall ralphferrojr@msn.com
              Rebecca Ann Solarz    on behalf of Creditor   AmeriHome Mortgage Company, LLC
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```